IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:25-CR-004 |
| ARIS MIKO SOUVANNASOT (01) | |

**INDICTMENT**

The Grand Jury Charges:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 5 2025

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Count One
Distribution of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

From on or January 17, 2024, to on or about June 12, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Aris Miko Souvannasot**, the defendant, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

Aris Miko Souvannasot
Indictment - Page 1

<u>Count Two</u>
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and (b))

From on or January 17, 2024, to on or about June 12, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Aris Miko Souvannasot**, defendant, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Aris Miko Souvannasot**, using the Internet, Snapchat, which is a social network platform used to share photos and videos, and a cellular telephone, transported the following visual depictions of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File Name | Visual Depiction |
|---|---|
| 24UTC~aris.57457~jatkd16~saved~b~EiQSFUdVRnlCek40Y2poVWxvUHFGbENBTBoAGgAyAQRIA1AEYAE~vr | A video, 35 seconds in duration, of a nude prepubescent female child, approximately 6 years old, kneeling on the ground. The child is nude. An adult male forces his erect penis into the child's vagina or anus. |
| chat~media_v4~2024-01-19-03-45-19UTC~aris57457~jatkd16~saved~b~EiQSFXhnWHVBYldPaWZGVUhZdlgzUjV4YRoAGgAyAQRIA1AEYAE~v4 | A video, 1:20 seconds in duration, of a nude prepubescent female child, approximately 8 years old, lying on top of an adult male. The adult male exposes his erect penis and forces the child to insert his penis inside of her mouth. |

In violation of Title 18, United States Code, Sections 2252A(a)(1) and (b).

A TRUE BILL:

_____
FOREPERSON


LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
MATTHEW L. TUSING
Assistant United States Attorney
Indiana State Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone:   325-271-6702
E-mail: matt.tusing@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

ARIS MIKO SOUVANNASOT (01)

INDICTMENT

| | |
|---|---|
| COUNT 1: | DISTRIBUTION OF CHILD PORNOGRAPHY<br>Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1) |
| COUNT 2: | TRANSPORTATION OF CHILD PORNOGRAPHY<br>Title 18, United States Code, Sections 2252A(a)(1) and (b) |

(2 COUNTS)

A true bill rendered:
Fort Worth                                               _____ Foreperson
Filed in open court this 15th day of January, A.D. 2025.

_____
Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE