ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR - 9 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

ARIS MIKO SOUVANNASOT (01)

NO. 6:25-CR-004-H

**[Supersedes Indictment Returned on January 15, 2025]**

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about June 11, 2024 in the San Angelo Division of the Northern District of Texas, and elsewhere, **Aris Miko Souvannasot**, the defendant, did knowingly possess material, that is, an Apple iPhone 13 Pro Max, IMEI number 356955704635270, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Souvannasot,** possessed at least one visual depiction of a minor

engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256, including the

following:

| File Name | Visual Depiction |
|---|---|
| telegram-cloud-document-1-4938758833263608835_partial.mp4 | A video, 41 seconds in duration, of a nude prepubescent female child, approximately 3 years old, lying on a bed. The child is nude with her vagina and anus exposed to the camera. An adult male forces his erect penis into the child's anus. |
| telegram-cloud-document-4-6034959032664461558_partial.mp4 | A video, 47 seconds in duration, of a nude prepubescent female child, approximately 5 years old, lying on her back. The child's breasts are exposed to the camera. An adult male places his erect penis inside the child's mouth and ejaculates inside the child's mouth. |
| telegram-cloud-document-1-4999124255011504852_partial.mp4 | A video, 9 seconds in duration, of a nude prepubescent female child, approximately 7 years old, lying on her back. The child is nude with her vagina and breasts exposed to the camera. An adult male forces his erect penis into the child's vagina. |

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and

2252A(b)(2).

Count Two
Distribution of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

From on or about January 17, 2024, to on or about June 12, 2024, in the San

Angelo Division of the Northern District of Texas, and elsewhere, **Aris Miko**

**Souvannasot**, the defendant, did knowingly distribute child pornography, as defined in

Title 18, United States Code, Section 2256(8)(A), using any means and facility of

interstate and foreign commerce, and that had been shipped and transported in and

affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and

2252A(b)(1).

<u>Count Three</u>
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and (b))

From on or about January 17, 2024, to on or about June 12, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Aris Miko Souvannasot**, defendant, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Aris Miko Souvannasot**, using the Internet, Snapchat, which is a social network platform used to share photos and videos, and a cellular telephone, transported the following visual depictions of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File Name | Visual Depiction |
|---|---|
| 24UTC~aris.57457~jatkd16~saved~b~EiQSFUdVRnlCek40Y2poVW xvUHFGbENBTBoAGgAyAQRIA1 AEYAE~vr | A video, 35 seconds in duration, of a nude prepubescent female child, approximately 6 years old, kneeling on the ground. The child is nude. An adult male forces his erect penis into the child's vagina or anus. |
| chat~media_v4~2024-01-19-03-45-19UTC~aris57457~jatkd16~saved~b~EiQSFXhnWHVBYldPaWZGVU hZdlgzUjV4YRoAGgAyAQRIA1A EYAE~v4 | A video, 1:20 seconds in duration, of a nude prepubescent female child, approximately 8 years old, lying on top of an adult male. The adult male exposes his erect penis and forces the child to insert his penis inside of her mouth. |

In violation of Title 18, United States Code, Sections 2252A(a)(1) and (b).

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
MATTHEW L. TUSING
Assistant United States Attorney
Indiana State Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone:    325-271-6702
E-mail: matt.tusing@usdoj.gov

**Aris Miko Souvannasot**
**Superseding Indictment - Page 5**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

ARIS MIKO SOUVANNASOT (01)

INDICTMENT

COUNT 1:          POSSESSION OF CHILD PORNOGRAPHY INVOLVING
                 A PREPUBESCENT MINOR
                 Title 18, United States Code, Sections 2252A(a)(5)(B) and
                 2252A(b)(2)

COUNT 2:          DISTRIBUTION OF CHILD PORNOGRAPHY
                 Title 18, United States Code, Sections 2252A(a)(2)(A) and
                 2252A(b)(1)

COUNT 3:          TRANSPORTATION OF CHILD PORNOGRAPHY
                 Title 18, United States Code, Sections 2252A(a)(1) and (b)

(3 COUNTS)

A true bill rendered:
Fort Worth                                              _____ Foreperson

Filed in open court this 9th day of April, A.D. 2025.

                                                              _____ Clerk

ON CONDITIONS OF RELEASE


                         _____
                         UNITED STATES MAGISTRATE JUDGE